MEGHANN A. TRIPLETT (SBN 268005)
*Meghann@MarguliesFaithLaw.com*
SAMUEL M. BOYAMIAN (SBN 316877)
*Samuel@MarguliesFaithLaw.com*
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attorneys for Jeremy W. Faith, Chapter 7 Trustee

**FILED & ENTERED**

**OCT 18 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bertelsen DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:18-bk-11889-DS |
| CHARLES L. DUFF, | Chapter 7 |
| Debtor. | **ORDER APPROVING APPLICATION TO EMPLOY REAL ESTATE BROKER AND TO ENTER INTO EXCLUSIVE LISTING AGREEMENT** |

The court having reviewed and considered the "Application to Employ Real Estate Broker and to Enter Into Exclusive Listing Agreement" (the "Application," Docket No. 313) filed by chapter 7 trustee Jeremy W. Faith (the "Trustee") and the record in this case, and good cause appearing;

IT IS HEREBY ORDERED that the Application is approved.

### ###

Date: October 18, 2022

Deborah J. Saltzman
United States Bankruptcy Judge