MEGHANN A. TRIPLETT (SBN 268005)
Meghann@MarguliesFaithLaw.com
SAMUEL M. BOYAMIAN (SBN 316877)
Samuel@Marguliesfaithlaw.com
**MARGULIES FAITH, LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777

Attorney for Jeremy W. Faith, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>CHARLES L. DUFF,<br><br>                                        Debtor. | Case No. 9:18-bk-11889-DS<br><br>Chapter: 7<br><br>**DECLARATION OF STAN TABLER OF COMPASS CALIFORNIA IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 2690 GIBRALTAR ROAD, SANTA BARBARA, CA 93105, FREE AND CLEAR OF LIENS AND INTERESTS; (2) APPROVING OVERBID PROCEDURES; (3) APPROVING PURCHASER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD FAITH PURCHASERS; (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSION, AND ORDINARY COSTS OF SALE; AND (5) WAIVING THE 14 DAY STAY**<br><br><u>Hearing</u>:<br>Date:  December 6, 2022<br>Time:   11:30 a.m.<br>Place:  Courtroom 201<br>            1415 State Street<br>            Santa Barbara, CA 93101 |

## DECLARATION OF STAN TABLER

I, Stan Tabler, declare as follows:

1. I am a real estate agent duly licensed in the State of California and employed with Compass California ("Compass") who along with my co-listing agent William Friedman ("Mr. Friedman") of Coldwell Banker Residential Brokerage ("Coldwell," together with Compass, the "Broker"), are employed as the broker for Jeremy W. Faith, Chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Charles L. Duff ("Debtor").

2. I have personal knowledge of the facts stated herein, except where stated upon information and belief, and as to such statements, I believe them to be true.

3. This declaration is submitted in support of the *Trustee's motion for an order: (1) authorizing the sale of the Estate's right, title, and interest in real property, free and clear of all liens, claims, and interests pursuant to 11 U.S.C. § 363(b) and (f); (2) approving the overbidding procedures set forth in this motion; (3) finding that the purchaser, and if applicable, the successful overbidder, and back-up bidder are good faith purchasers pursuant to 11 U.S.C. § 363(m); (4) authorizing the payment of undisputed liens, the real estate broker's commission, and ordinary costs of sale; and (5) waiving the 14-day stay prescribed by F.R.B.P. 6004(h) and 6006(d)* (the "Motion"). All terms not otherwise defined herein are used as they are defined in the Motion.

4. The Broker is employed in this bankruptcy case to assist the Trustee with the marketing and sale of the real properties at 2690 Gibraltar Road, Santa Barbara, CA 93105 ("2690 Property") and 2835 Gibraltar Road, Santa Barbara, CA 93105 ("2835 Property", collectively with the 2690 Property, the "Santa Barbara Properties").

5. I have a California real estate license which permits me to sell real property in the State of California. Since 1980 I have had extensive experience dealing with the marketing and sale of residential real property, such as the Santa Barbara Properties, within multiple areas, including Santa Barbara County, in which the Santa

Barbara Properties are located, and have experience dealing with the sale of real property in the context of bankruptcy cases, auctions and distressed sales.

6. The Trustee contacted me to assist the Trustee in selling the Santa Barbara Properties. I inspected the Santa Barbara Properties and informed the Trustee that the 2690 Property had a market value of $2,010,000 and the 2835 Property had a market value of $3,100,000. My valuation was based on comparable sales and the Santa Barbara Properties' condition as of the initial inspections by myself and consultation with my co-listing agent Mr. Friedman.

7. The Santa Barbara Properties have been continuously on the market since September 9, 2003, just over nineteen (19) years, with at least twenty (20) different brokerage companies. In light of the extensive marketing history of the Santa Barbra Properties, as an initial step, I worked with my co-listing agent Mr. Friedman and the Trustee's counsel Meghann A. Triplett to obtain additional information from the Debtor's former real estate agent Pehr Black of EXP Realty, regarding the Debtor's marketing efforts and the contact information for potential buyers who had expressed interest and/or had previously written offers for the Santa Barbara Properties during the pendency of the Chapter 11.

8. Thereafter, Mr. Friedman and I contacted each of these prospective buyers to inquire if they had any renewed interest in purchasing the Santa Barbara Properties and received three new offers for the 2690 Property. These offers ranged from $1,800,000 to $2,100,000. In response, the Trustee issued three counteroffers to solicit each of the potential buyer's highest and best offer for the 2690 Property. The Trustee originally accepted an offer of $2,000,000 for the 2690 Property. However, the prospective buyer withdrew prior to the expiration of the contingency period and the sale did not materialize.

9. On September 29, 2022, the Trustee caused to be filed an application to employ myself of Compass California and Mr. Friedman of Coldwell Banker Realty as his real estate broker (the "Broker") and enter into *Exclusive Listing Agreement* effective

1 | August 30, 2022 to market and sell the Santa Barbara Properties (the "Broker
2 | Application," Dkt. No. 313).  On October 18, 2022, the court entered an order approving
3 | the Broker's employment on the terms and conditions set forth in the Broker Application
4 | pursuant to 11 U.S.C. §§ 327 and 328 (Dkt. No. 320).

      10.     The 2690 Property has been on the Multiple Listing Service ("MLS") since September 10, 2022 for a list price of $2,100,000.  The MLS listing includes multiple HD photos of the interior and exterior of the 2690 Property as well as floorplan details, and created a virtual tour video.

      11.     Since the 2690 Property went live on the MLS, the Broker has consistently advertised the 2690 Property on the MLS, the online and syndicated sites of Compass California and Coldwell Banker's respective listing agent sites, as well as Homesnap; Homes.com; ListHub; Realtor.com; Redfin.com; Zillow.com and has held multiple showings, fielded numerous inquiries regarding the 2690 Property in addition to actively reaching out to parties who had previously expressed interest in purchasing the 2690 Property.  The Broker also completed an online/digital campaign which includes social media exposure on Facebook and Instagram and sponsored advertising as well as a full-page ad in the local Santa Barbara Independent newspaper.

      12.     The Broker's efforts resulted in three new interested buyers who wrote offers to the Trustee, two of which were non-contingent offers.  These efforts ultimately resulted in the current offer from the Gary R. L'Hommedieu and Caitlin K. L'Hommedieu Trust ("Purchaser") in the amount of $2,395,000, which is being submitted for the Court's approval subject to overbidding at the hearing.

      13.     The current offer from the Purchaser is the highest and best offer received by the Trustee.

      14.     The sale is an arm's length transaction.  I am unaware of any connection between myself and the Purchaser except through this sale.  There are no undisclosed side deals or terms.

15. Following entry of the order approving the Broker's employment in the Bankruptcy Case, the Broker agreed to reduce its commission to an aggregate of four and one-half (4.5%) of the total sales price of each of the Santa Barbara Properties and updated the MLS to reflect the reduction (the "Commission Reduction"). A copy of the escrow instruction providing for the Commission Reduction of the 2690 Property is attached as **Exhibit 3** to the Motion. To achieve the Commission Reduction for the 2690 Property, it was agreed that the Purchaser's Broker reduce his commission to 2.4% and the Trustee's Broker reduce their portion of the commission to 2.1% for a total aggregate brokerage commission equal to 4.5% of the gross sales price. The same terms shall apply to the broker of any Successful Bidder or Back-Up-Buyer.

16. The Broker has continued to actively market the 2690 Property and seek overbidders and has also posted the proposed overbid procedures on the MLS to include the overbid amount and hearing date for the Motion and will make them available to interested parties. I believe that the Broker has taken all steps feasible at this time to ensure the proper marketing of the 2690 Property to interested parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed November 15 2022 at Santa Barbara, California.

_/s/ Stan Tabler_
Stan Tabler

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **DECLARATION OF STAN TABLER OF COMPASS CALIFORNIA IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ENTRY OF ORDER: (1) AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 2690 GIBRALTAR ROAD, SANTA BARBARA, CA 93105, FREE AND CLEAR OF LIENS AND INTERESTS; (2) APPROVING OVERBID PROCEDURES; (3) APPROVING PURCHASER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD FAITH PURCHASERS; (4) AUTHORIZING PAYMENT OF UNDISPUTED LIENS, REAL ESTATE BROKER'S COMMISSION, AND ORDINARY COSTS OF SALE; AND (5) WAIVING THE 14 DAY STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 15, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 15, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Hon. Deborah J. Saltzman, U.S. Bankruptcy Court, 255 E. Temple St., Ste. 1634, Los Angeles, CA 90012
**DEBTOR**: Charles L. Duff, P.O. Box 20003, Santa Barbara, CA 93120

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 15, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2022 | Helen Cardoza | /s/ Helen Cardoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

**ATTORNEY FOR TRUSTEE: Samuel Mushegh Boyamian**   samuel@marguliesfaithlaw.com, angela@marguliesfaithlaw.com, helen@marguliesfaithlaw.com,vicky@marguliesfaithlaw.com
**ATTORNEY FOR INTERESTED PARTY: Paul R Burns**   paulburnslaw@gmail.com, paulburnslaw@hotmail.com
**ATTORNEY FOR CREDITOR: Greg P Campbell**   ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com; gcampbell@aldridgepite.com
**TRUSTEE: Jeremy W. Faith (TR)**   Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
**ATTORNEY FOR U.S. TRUSTEE: Brian David Fittipaldi**   brian.fittipaldi@usdoj.gov
**ATTORNEY FOR CREDITOR: Nichole Glowin**   bankruptcy@zbslaw.com, nglowin@ecf.courtdrive.com
**ATTORNEY FOR INTERESTED PARTY: Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
**ATTORNEY FOR INTERESTED PARTY: Elliot G Johnson**   ejohnson@klinedinstlaw.com, adavis@klinedinstlaw.com
**ATTORNEY FOR INTERESTED PARTY: Payam Khodadadi**   pkhodadadi@mcguirewoods.com, dkiker@mcguirewoods.com
**ATTORNEY FOR INTERESTED PARTY: Bradford Klein**   bklein@zbslaw.com, kbowers@zbslaw.com
**ATTORNEY FOR CREDITOR: Mark S Krause**   bankruptcy@zbslaw.com, mkrause@ecf.courtdrive.com
**ATTORNEY FOR TRUSTEE: Anna Landa**   Anna@MarguliesFaithlaw.com,Helen@MarguliesFaithLaw.com; Vicky@MarguliesFaithLaw.com;Angela@MarguliesFaithLaw.com
**ATTORNEY FOR CREDITOR: Elan S Levey**   elan.levey@usdoj.gov, julie.morales@usdoj.gov
**ATTORNEY FOR CREDITOR: Erin M McCartney**   bankruptcy@zbslaw.com, emccartney@ecf.courtdrive.com
**ATTORNEY FOR CREDITOR: Austin P Nagel**   antwanette.hardin@bonialpc.com, Notices.Bonial@ecf.courtdrive.com
**ATTORNEY FOR INTERESTED PARTY: Ian A Rambarran**   irambarran@klinedinstlaw.com, gosborne@klinedinstlaw.com;lsamson@klinedinstlaw.com
**ATTORNEY FOR CREDITOR: Arvind Nath Rawal**   arawal@aisinfo.com
**FORMER ATTORNEY FOR DEBTOR: Jeremy H Rothstein**   jrothstein@gblawllp.com, nknadjian@gblawllp.com;msingleman@gblawllp.com
**ATTORNEY FOR TRUSTEE: Meghann A Triplett**   Meghann@MarguliesFaithlaw.com, Helen@MarguliesFaithlaw.com;Angela@MarguliesFaithlaw.com;Vicky@MarguliesFaithlaw.com
**United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
**ATTORNEY FOR CREDITOR: Jennifer C Wong**   bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**